SOFTVIEW LLC, Appellant

v.

KYOCERA CORPORATION, Motorola Mobility LLC, Appellees.

No. 2014–1599.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2015.

Morgan Chu, Irell & Manella LLP, Los Angeles, CA, argued for appellant. Also represented by Samuel Kai Lu, Alan J. Heinrich.

Eric C. Cohen, Katten Muchin Rosenman LLP, Chicago, IL, argued for appellee Kyocera Corporation. Also represented by Michael Tomsa, Michael Adam Dorfman.

John C. Alemanni, Kilpatrick Townsend & Stockton LLP, Winston–Salem, NC, argued for appellee Motorola Mobility LLC. Also represented by Adam Howard Charnes; David A. Reed, Candice C. Decaire, Alyson L. Wooten, William Henry Boice, Atlanta, GA; Christopher Schenck, Seattle, WA.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by Scott Weidenfeller, Nathan K. Kelley.

WALLACH, TARANTO, and HUGHES, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.